**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TASHAWN HUNTER, | : | CIV. NO. 3:22-CV-1023 |
| | : | |
| **Plaintiff,** | : | (Judge Saporito) |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| LEHIGH VALLEY MOUNT POCONO | : | |
| HOSPITAL, et al., | : | |
| | : | |
| **Defendants.** | : | |

## MEMORANDUM AND ORDER

This matter comes before the Court for consideration of the plaintiff's motion for extension of time in which to respond to a motion to dismiss for failure to timely prosecute. (Doc. 140). By way of background this litigation has been marked by repeated failures on Hunter's part to litigate his claims, complete discovery, and timely update his address. On May 29, 2026, the defendants moved to dismiss this complaint due to Hunter's indolence as a litigant. (Doc. 132). Hunter never responded to this motion and on July 1, 2026 we entered an order which directed him to show cause why this case should not be dismissed for failure to prosecute on or before **July 20, 2026**. (Doc. 139).

Hunter now seeks an extension of this deadline, citing medical issues which

1

he alleges he has encountered in prison. (Doc. 140). This motion is GRANTED in part and IT IS ORDERED that Hunter show cause why this complaint should not be dismissed on or before **August 10, 2026**. **Hunter is advised that the failure to abide by this deadline may result in the dismissal of this case**.

SO ORDERED, this 21st day of July 2026.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge